**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: May 26, 2010**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| In re:   THE ANTIOCH COMPANY, ET AL.,<br><br>                    *Debtor* | Case No.    08-35741 through 08-35747<br>(Jointly Administered Under Case No. 08-35741)<br><br>Adv. No.    09-3409 |
| THE ANTIOCH COMPANY LITIGATION TRUST, W. TIMOTHY MILLER, TRUSTEE,<br><br>                    *Plaintiff*<br><br>     v.<br><br>LEE MORGAN ET AL.,<br><br>                    *Defendants* | Judge Humphrey<br>Chapter 11 |

**Order on Decision Denying GreatBanc Trust Company's Motion For Abstention (Doc. 156)**

In accordance with the simultaneously entered *Decision Denying GreatBanc Trust Company's Motion For Abstention* (Adv. Doc. 156), *GreatBanc Trust Company's Motion for Abstention* is **denied**.

**IT IS SO ORDERED.**

Copies to:

All Filing Parties

MaryAnne Wilsbacher, U.S. Trustee Office, 170 North High Street, Suite 200, Columbus, OH 43215 (Assistant United States Trustee)

Jeremy Shane Flannery, Office of the United States Trustee, 170 North High Street, Suite 200, Columbus, OH 43215 (Counsel for the United States Trustee)

*###*